# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

**CORNELIUS A. AUSTIN,**

**Plaintiff,**

**v.**                                                           **CIVIL NO.  05-3021-SAC**

**SAM CLINE, et al.,**

**Defendants.**

**( )**     **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**( X )**   **DECISION BY THE COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the amended complaint is dismissed as stating no claim for relief under 42 U.S.C. 1983.

Entered on the docket 09/20/06

**Dated:  September 20, 2006**                   **RALPH L. DeLOACH, CLERK**


**s/S. Nielsen-Davis\**
**Deputy Clerk**